**People of the State of Illinois, Plaintiff-Appellee, v. Alfred Monroe, Defendant-Appellant.**

**Gen. No. 53,137. (Abstract of Decision.)**

First District, Fourth Division.

November 26, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Herbert Becker, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Kenneth L. Gillis, Special Assistant State's Attorney, and Elmer C. Kissane, Assistant State's Attorney, of counsel), for appellee. Opinion by PRESIDING JUSTICE DRUCKER. Not to be published in full.